1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 YONATHAN I. GONZALEZ,

Case No. 15-cv-00793 NC

9         Plaintiff,

**ORDER TO SHOW CAUSE**

10       v.

Re: Dkt. No. 12

11 NOR-CAL INSULATION, INC.; LUIS
RAMOS BERMUDEZ; JOSE

12 GUADALUPE LUCATERO,

13        Defendants.

14

15      Plaintiff Yonathan Gonzalez moves to dismiss with prejudice this wage and hour

16 case brought under the Fair Labor Standards Act and the California Labor Code.  Gonzalez

17 states that he settled this matter with defendants and that the parties signed a settlement

18 agreement.  Dkt. No. 12 at 2.  Settlements of FLSA claims, however, require approval

19 from the Court or the Secretary of Labor.  *Luo v. Zynga Inc.*, No. 13-cv-00186 NC, Dkt.

20 No. 34, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014) ("A district court presented with

21 a proposed settlement of FLSA claims must determine whether the settlement is a fair and

22 reasonable resolution of a bona fide dispute.") (internal quotation marks and citation

23 omitted).

24      Accordingly, the parties are ordered to produce the settlement agreement and show

25 cause why the Court should approve the settlement agreement and dismiss the case.  The

26 parties are further ordered either to file the settlement agreement publicly or else to show

27 cause why the settlement agreement should be filed under seal under Civil Local Rule

28 79-5.  The parties must file its response to this Order within 14 days.

Case No.: 15-cv-00793 NC

United States District Court
Northern District of California

1    Additionally, this Court ordered defendants to file a consent or declination to

2  proceed before a magistrate judge by June 17, 2015.  Dkt. No. 10.  Defendants have not

3  done so.  The Court orders defendants to file a consent or declination form by June 24.

4    Finally, the Court continues the case management conference, currently scheduled

5  for June 24, 2015, to July 8, 2015, at 10:00 a.m. in Courtroom 7, 4th Floor, at the San Jose

6  Courthouse.  The parties must file a case management statement by July 1, 2015.

7    **IT IS SO ORDERED.**

8  Dated:  June 18, 2015    _____

9    NATHANAEL M. COUSINS
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Case No.: 15-cv-00793 NC    2