UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONATHAN I. GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOR-CAL INSULATION, INC; LUIS RAMOS BERMUDEZ; JOSE GUADALUPE LUCATERO,<br><br>　　　　　Defendants. | Case No. 15-cv-00793-NC<br><br>**ORDER GRANTING REQUEST TO DISMISS CASE**<br><br>Re: Dkt. No. 18 |

　　　Plaintiff Yonathan I. Gonzalez requests that the Court dismiss his Fair Labor Standards Act case against defendants Nor-Cal Insulation, Inc., Luis Ramos Bermudez, and Jose Guadalupe Lucatero with prejudice.  All parties have now consented to the jurisdiction of a magistrate judge.  Dkt. Nos. 11, 14, 15, 16.  The Court GRANTS Gonzalez's request.

　　　Having reviewed the settlement agreement, Dkt. No. 17-1, as well as plaintiff's counsel's declaration describing the potential unpaid wage value ($13,036.32) and the case's potential value with penalties ($30,000), Dkt. No. 17, the Court finds the agreement terms ($22,000 settlement amount) to be a "fair and reasonable resolution of a bona fide dispute" and dismisses the case.  *See Luo v. Zynga Inc.*, No. 13-cv-00186 NC, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014) (internal quotation marks and citation omitted).

　　　**IT IS SO ORDERED.**

Dated:  July 2, 2015　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 15-cv-00793-NC